IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| REINA SAMAYOA DEMENDOZA | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: _____ |
| BURLINGTON COAT FACTORY WAREHOUSE CORPORATION | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Petitioner/Defendant Burlington Coat Factory Warehouse Corporation by his undersigned attorneys, Andrew T. Stephenson, Colin A. Grigg, and Franklin & Prokopik, and pursuant to 28 U.S.C. §1441 *et. seq.*, hereby files this Notice of Removal of this action from the Circuit Court for Prince George's County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully avers as follows:

1. Petitioner/Defendant Burlington Coat Factory Warehouse Corporation has been named a Defendant in a suit filed in the Circuit Court for Prince George's County, Case No.: CAL22-01751. The lawsuit was originally filed on January 21, 2022, which improperly named Burlington Coat Factory of Maryland as the defendant entity. Burlington Coat Factory of Maryland merged into Burlington Coat Factory Warehouse Corporation in December 2016, and therefore has no legal interest in this litigation.

2. On June 24, 2022, Plaintiff filed an Amended Complaint, which improperly named "Burlington" as the defendant entity. "Burlington" is not a legal entity in the State of Maryland. Plaintiff utilized a local store (600 N. Fredrick Ave, Gaithersburg, Maryland) as the

principal address for "Burlington." At all times relevant to this litigation, that local address has never been the principal address for Burlington Coat Factory Warehouse Corporation.

3. On or about September 28, 2022 Plaintiff filed a 2nd Amended Complaint, correcting the named defendant to the proper entity of Burlington Coat Factory Warehouse Corporation. Petitioner/Defendant Burlington Coat Factory Warehouse Corporation was finally served on October 12, 2022.

4. The above-entitled action is now one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332. Petitioner seeks to remove this action to this Court under Title 28 U.S.C. §1446(b)(3):

> …if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

5. Pursuant to Local Rule 103.5(a) filed herewith are copies of the following additional state court documents: (1) Writ of Summons – "Burlington", (2) Amended Complaint and Demand for Jury Trial, (3) Affidavit of Service – "Burlington", (4) Defendant' Motion to Dismiss for Insufficiency of Service of Process, (5) Plaintiff's Opposition to Motion to Dismiss, (6) Writ of Summons – Burling Coat Factory Warehouse Corporation, (7) 2nd Amended Complaint and Demand for Jury Trial, (8) Entry of Appearance of Plaintiff's Attorney, (9) Plaintiff's Interrogatories to Defendant, (10) Plaintiff's Request for Production of Documents, and (11) Burlington Coat Factory Warehouse Corporation Answer to Complaint, as Exhibits 1 through 11 respectively.

6. The above-entitled matter is a civil action in which the Plaintiff seeks compensation against Petitioner/Defendant Burlington Coat Factory Warehouse Corporation for a slip and fall incident.

7. Plaintiff is a resident of the Commonwealth of Virginia, residing at 7122 Roxanne Road, Alexandria, VA 22315.

8. Petitioner/Defendant Burlington Coat Factory Warehouse Corporation is incorporated under the laws of the state of Florida and has a principal place of business at 1830 Route 130, North Burlington, New Jersey.

9. Petitioner/Defendant Burlington Coat Factory Warehouse Corporation is now entitled to removal because there is complete diversity of citizenship between the Plaintiff and the Defendant and the amount in controversy exceeds $75,000.00.

WHEREFORE, Petitioner/Defendant Burlington Coat Factory Warehouse Corporation respectfully requests that the above-entitled action be removed from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

_____/s/_____
Andrew T. Stephenson, Esq. (26504)

_____/s/_____
Colin A. Grigg, Esq. (30333)
FRANKLIN & PROKOPIK, P.C.
The B & O Building
2 North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230-1016 (Telephone)
(410) 752 – 6868 (Facsimile)
Email: astephenson@fandpnet.com
Email: cgrigg@fandpnet.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of October 2022, a copy of the foregoing Notice of Removal was served via CM/ECF and email to:

Fidel A. Castro, Esq.
Castro & Associates, LLC
12020 Georgia Avenue, Suite A
Wheaton, MD 20902
castroesquire@gmail.com
*Attorney for Plaintiff*

                                                   _____/s/_____
                                                   Colin A. Grigg, Esq. (30333)