## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
Civil Division

**REINA SAMAYOA DEMENDOZA**                    *
              *
  *Plaintiff,*                                              *
              *
  vs.                                                      *   **Civil No.: CAL22-01751**
              *
**BURLINGTON**                                              *
              *
  *Defendant.*                                          *
* * * * * * * * * * * * *

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

  COMES NOW the Plaintiff, Reina Samayoa DeMendoz, by and through her attorney, Fidel A. Castro, Esq., and opposes to Defendant's Motion to Dismiss for Insufficiency of Service of Process, and in support thereof states the following:

### The Law

  1. The obvious purpose of the provisions of [Rule 2-124(d)] is to provide for methods which will reasonably insure the ultimate reception by a corporation of actual notice that an action has been filed against it. Walter E. Heller & Co. v. Kocher, 262 Md. 471, 278 A.2d 301, 1971 Md. LEXIS 945 (1971); J. Whitson Rogers, Inc. v. Hanley, 21 Md. App. 383, 319 A.2d 833, 1974 Md. App. LEXIS 415 (1974).

  2. The method of service of process upon a corporation is sufficient if it is reasonably calculated to give notice of the action to the corporation and an opportunity to be heard. Barrie-Peter Pan Sch., Inc. v. Cudmore, 261 Md. 408, 276 A.2d 74, 1971 Md. LEXIS 1097 (1971).

  3. When a corporation has actual notice, in fact, of the pendency of an action, due process of law is obviously afforded and unless the defect in service is jurisdictional, the corporation cannot effectively complain that it has not been afforded

due process. Walter E. Heller & Co. v. Kocher, 262 Md. 471, 278 A.2d 301, 1971 Md. LEXIS 945 (1971); J. Whitson Rogers, Inc. v. Hanley, 21 Md. App. 383, 319 A.2d 833, 1974 Md. App. LEXIS 415 (1974).

4.      The law permits service on a corporation's manager after "good faith attempts to serve the resident agent, president, secretary, or treasurer has failed." Maryland Rule 2-124(d).

## The Facts

5.      Plaintiff made good faith efforts to ascertain the correct name of Defendant in order to server its resident agent.   Plaintiff received a letter from Defendant's third-party claims handler, Gallagher Basset Service, Inc., stating that it was the claims handler for "Burlington Stores, Inc."  Exhibit 1:  Letter 11/25/2019.

6.      Plaintiff exercised due diligence in attempting to ascertain the correct Resident agent by conducting a business entity search on the Maryland State Department of Assessment and Taxation website, https://egov.maryland.gov, for "Burlington Stores."  The results showed that "Burlington Stores" was a trade name that had been forfeited, but it also showed that the owner of the trade name was "Burlington Coat Factory of Maryland, LLC.", whose resident agent was CSC-Lawyers Incorporating Services.  Exhibit 2:  SDAT Search Result.

7.      The SDAT search result also showed that the Burlington Coat Factory of Maryland had merged into Burlington Coat Factory Warehouse Corporation and that the new entity had the same resident agent as Burlington Coat Factory of Maryland, namely, CSC-Lawyers Incorporating Services.  Exhibit 3:  Article of Merger.

8.      Plaintiff inadvertently named Burlington Coat Factory of Maryland as the Defendant in the Complaint, instead of Burlington Coat Factory Warehouse Corporation, however Plaintiff served CSC-Lawyers Incorporating Services, which is Burlington Coat Factory Warehouse Corporation resident agent according to the Article of Merger.  See Exhibit 3.

9.      Also, at that time, it was unbeknownst to Plaintiff that Burlington Coat Factory Warehouse Corporation had change its resident agent to The Corporation Trust Incorporated.

10.     CSC-Lawyers replied with a letter stating that service was rejected because, inter alia, the there are entities with similar names or the entity had merged.

11.     Plaintiff did not have any way of knowing the correct name of the Defendant at that time, therefore Plaintiff conducted a search for "Burlington Coat" on SDAT, which generated twenty-three results, which were similar to "Burlington Coat Factory."  Exhibit 4: SDAT Search Results.

12.     In order to narrow the results, Plaintiff conducted a google search for "Burlington coat factory located at 600 N Frederick Ave Gaithersburg MD."  The search yielded a matching result: https://www.burlington.com/store-details/gaithersburg-md-303. This webpage showed the name of the store locate at said address as "Burlington Gaithersburg, MD." Also, the webpage displayed a picture of the store at said address displaying a name of "Burlington."  Exhibit 5:  Burlington Webpage.

13.     Because there were so many potential names for the Defendant and all of the were very similar, plaintiff counsel assistant conducted a google search for "Burlington stores 1830 Rout 130 North Burlington NJ 08016," which is the name and

address provided on the Gaithersburg's stores general liability declarations page in order to ascertain the correct name of the Defendant and resident agent.  Exhibit 6: Commercial General Liability Declarations.

14.    Plaintiff's counsel's assistant spoke with a female in the legal department of the Burlington Stores Corporate Office, and requested the legal name of the Gaithersburg store, which was the location of the fall, and also notified the female that Plaintiff intended to sue Defendant, because of the fall.   The female stated the company's name was now simply "Burlington."

15.    Plaintiff's counsel's assistant conducted a search for "Burlington," but the search generated six-three results.  Exhibit 7:  Search Results.

16.    Finally, Plaintiff, in good faith, believed that sufficient good faith efforts had been made to serve the proper resident agent, and opted to serve the Gaithersburg Burlington's store manager pursuant to Maryland Rule 2-124(d).

## <u>Argument</u>

17.    Defendant was properly served pursuant to Maryland Rule 2-124(d). Maryland Rule 2-124(d) permits service on a corporation's manager after "good faith attempts to serve the resident agent, president, secretary, or treasurer has failed." Here, paragraphs 5-16 above show Plaintiff's good faith attempts to serve the Defendant's resident agent.   After making said good faith attempt, the Plaintiff is permitted to server Burlington's Gaithersburg store manager.  Plaintiff's process server served Burlington manager on April 25, 2022.  Exhibit 8:  Affidavit of Service.  When a corporation has actual notice, in fact, of the pendency of an action, due process of law is obviously afforded and unless the defect in service is jurisdictional, the corporation

cannot effectively complain that it has not been afforded due process. Walter E. Heller & Co. v. Kocher, 262 Md. 471, 278 A.2d 301, 1971 Md. LEXIS 945 (1971); J. Whitson Rogers, Inc. v. Hanley, 21 Md. App. 383, 319 A.2d 833, 1974 Md. App. LEXIS 415 (1974). Md. Rule 2-124.  Here, Defendant had actual notice of the law suit filed against it, because the store manager was personally served.   Therefore, Burlington "effectively complain that it has not been afforded due process."

WHEREFORE, Plaintiff respectfully requests that:

A. Defendant's motion be denied;

B. If the court grants Defendant's motion, that the court allow a reasonable amount of time for Plaintiff to re-file the complaint and serve the Defendant.

C. For such other and further relief as the nature of his cause may require.

Respectfully Submitted,

Fidel A. Castro, Esquire
CPT Number: 1112130162
Castro & Associates, LLC
12020 Georgia Avenue, Suite A
Wheaton, Maryland 20902
(240) 608-6800 / (301) 250-7608 fax
castroesquire@gmail.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of September 2022 the forgoing Opposition to Defendant's Motion to Dismiss was served via First-Class U.S. Mail, postage pre-paid, on Defendant's Counsel:

Andrew T. Stephenson, Esq.
The B & O Building
Tow North Charles Street, Suite 600
Baltimore, MD 21201

Fidel A. Castro

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

Civil Division

**REINA SAMAYOA DEMENDOZA**

  *Plaintiff,*

  vs.             **Civil No.: CAL22-01751**

**BURLINGTON**

  *Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of the Plaintiff Opposition to Defendant's Motion to Dismiss for Insufficiency of Service of Process, it is this _____ day of _____, 2022, by this Court

ORDERED, that Defendant's Motion to Dismiss for is hereby DENIED.


           _____

           Judge, Circuit Court
           for Prince George's County, Maryland

# Exhibit 1

 Gallagher Bassett Services, Inc.

November 26, 2019

Castro & Associates, LLC
12020 Georgia ave
Suite A
Silver Spring,Maryland  20902

Via fax: (301) 250-7608

RE:     Your Client:          ReinaSamayoa
        Our Insured:          Burlington
        Claim Number:         007087-075486-GB-01
        Incident Date:        November 15, 2019

To Whom It May Concern:

Please be advised that Gallagher Bassett Services, Inc., is the third-party administrator that handles claims on behalf of Burlington Stores,Inc.  The policy issued to Burlington Stores, Inc. does not contain a medical payments provision that would allow us to address any medical expenses in the absence of liability.

 To assist us with evaluating this claim in a timely manner, we ask that you provide this office with the following information as soon as possible.
   1.       Full Legal Name of Your Client
   2.       Mailing Address
   3.       Date of Birth
   4.       Social Security Number
   5.       **Your Client's Statement**
   6.       Nature and Extent of Injuries Being Claimed
   7.       Treatment Status/Medical Records/Medical Bills
   8.       **Your Theory of Liability**

Any and all evidence will be preserved as a part of our claims file.

Thank you for your attention and cooperation in this matter and we look forward to hearing from you soon.

Sincerely,

Carla Jenkins
Resolution Manager

# Exhibit 2

BURLINGTON STORES: T00368853

 **Notice**                                     ✕

Please be aware of an ongoing **scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. *Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.*

**Status:**
FORFEITED

**Owner:**
BURLINGTON COAT FACTORY OF MARYLAND, LLC
LEGAL DEPT.
1830 ROUTE 130 N
BURLINGTON NJ 08016-3017

**Location:**
BURLINGTON STORES
1830 ROUTE 130 NORTH
BURLINGTON NJ 08016

**Expiration Date:**
09/20/2018

# Exhibit 3

**\*\* EXPEDITED SERVICE \*\***  **\*\* KEEP WITH DOCUMENT \*\***

DOCUMENT CODE _____ | |  BUSINESS CODE _____

\# _____

Close _____     Stock _____     Nonstock _____

P A _____     Religious _____

Merging ~~~~~~ W11170941

Burlington Coat Factory
of Maryland, LLC

_____

Surviving ~~~~~~ F11613973

Burlington Coat Factory
Warehouse Corporation

```
1000362009980352
```

Affix Barcode Label Here

ID # F11613973 ACK # 1000362009980352
PAGES  0003
BURLINGTON COAT FACTORY WAREHOUSE CORPO
RATION

12/21/2016  AT 04 13 P WO # 0004718096

New Name _____

_____

| FEES REMITTED | |
|---|---|
| Base Fee | 100 |
| Org & Cap Fee | |
| Expedite Fee | 50 |
| Penalty | |
| State Recordation Tax | |
| State Transfer Tax | |
| Certified Copies | |
| Copy Fee | |
| Certificates | |
| Certificate of Status Fee | |
| Personal Property Filings | |
| Mail Processing Fee | |
| Other | |

TOTAL FEES  150

Credit Card _____   Check ✓   Cash _____

_____ Documents on _____ Checks

Approved By  15

Keyed By _____

COMMENT(S)

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
_____ and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____

_____ Other Change(s)

_____

Code _____

Attention _____

THE CORPORATION TRUST INCORPORATED
351 W CAMDEN ST
BALTIMORE MD 21201-7912

CUST ID 0003501519
WORK ORDER 0004718096
DATE 01-04-2017 12 40 PM
AMT  PAID $4,550 00

# ARTICLES OF MERGER

## OF

### Burlington Coat Factory of Maryland, LLC, a Maryland Limited Liability Company

## INTO

### Burlington Coat Factory Warehouse Corporation, a Delaware Corporation

Pursuant to Title 3, Subtitle 1 of Corporations and Associations Articles of Annotated Code of Maryland, the undersigned limited liability company submits the following for filing

1  Burlington Coat Factory of Maryland, LLC, a Maryland limited liability company and Burlington Coat Factory Warehouse Corporation, a Delaware corporation each agree to merge

2   The name and place of organization of the limited liability company party to the merger is as follows Burlington Coat Factory of Maryland, LLC, a Maryland limited liability company

3   The name and place of organization of the successor corporation is as follows    Burlington Coat Factory Warehouse Corporation, a Delaware Corporation incorporated on 4/20/1983 and was qualified in the State of Maryland on 11/21/2006   Burlington Coat Factory Warehouse Corporation's Registered Agent in the State Delaware is Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808

4   The county in Maryland where the limited liability company has its principal office is as follows  Baltimore City

5   If the successor is a foreign corporation, the location of its principal office in the place where it is organized and the name and address of its resident agent in Maryland are as follows    Burlington Coat Factory Warehouse Corporation, a Delaware Corporation

Principal Office
1830 Route 130 North
Burlington, NJ 08016

Resident Agent Name
CSC – Lawyers Incorporating Service Company

Resident Agent Office
7 St  Paul Street
Suite 820
Baltimore, MD 21202

```
CUST ID 0003501519
WORK ORDER 0004718096
DATE 01-04-2017 12 40 PM
AMT  PAID $4,550 00
```

6   The 1,000 Units of membership interest of Burlington Coat Factory of Maryland, LLC, issued and outstanding to Burlington Coat Factory Warehouse Corporation will automatically be cancelled and retired a will cease to exist, and no consideration will be delivered in exchange therefor, and upon surrender of the certificate it shall be cancelled   Burlington Coat Factory Warehouse Corporation has the authority to issue 10,000 share of common stock and 1,000 shares of preferred stock

7   The Merger shall be effective on December 31, 2016

8   The Merger has been approved by the sole member and sole shareholder for the merging corporation and that the merger has been approved by the directors and shareholders for the successor limited liability company

9   There is no interest in land owned by Burlington Coat Factory of Maryland, LLC, the merging entity and no such interest is affected by the merger

These Articles of Merger have been executed by the vice president, attested by the secretary and sworn to by an officer under penalties and perjury of each corporate party

Dated   December ___19___, 2016

Burlington Coat Factory Warehouse Corporation

By _____
Christopher Schaub, VP & Assistant Secretary

Burlington Coat Factory of Maryland, LLC, a Maryland Limited Liability Company

By _____
Christopher Schaub, VP & Assistant Secretary of Burlington Coat Factory Warehouse Corporation, as Sole Member of Burlington Coat Factory of Maryland, LLC

Dated   December ___19___, 2016

Burlington Coat Factory Warehouse Corporation

By _____
Tabitha Jenkins, VP & Assistant Secretary

Burlington Coat Factory of Maryland, LLC, a Maryland Limited Liability Company

By _____
Tabitha Jenkins, VP & Assistant Secretary of Burlington Coat Factory Warehouse Corporation, as Sole Member of Burlington Coat Factory of Maryland, LLC

# Exhibit 4

> ⚠ **Notice**                                                             ✕
>
> Please be aware of an ongoing **scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. *Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.*

**Business Name:**

| burlington coat |

**Search by:**

◉ Business Name
◯ Department ID

23 businesses found.

| Department ID | Business Name | Status |
| --- | --- | --- |
| T00368854 | BURLINGTON COAT FACTORY | Forfeited |
| F10337806 | BURLINGTON COAT FACTORY DIRECT CORPORATION | Dissolved |
| W11170941 | BURLINGTON COAT FACTORY OF MARYLAND, LLC | Merged |
| F18847673 | BURLINGTON COAT FACTORY WAREHOUSE CORPORATION | Incorporated |
| F11613973 | BURLINGTON COAT FACTORY WAREHOUSE CORPORATION | Dissolved |
| D05064951 | BURLINGTON COAT FACTORY WAREHOUSE OF ANNAPOLIS, INC. | Merged |
| D05849963 | BURLINGTON COAT FACTORY WAREHOUSE OF ARUNDEL, INC. | Merged |
| D02166304 | BURLINGTON COAT FACTORY WAREHOUSE OF BALTIMORE, INC. | Merged |
| D04518049 | BURLINGTON COAT FACTORY WAREHOUSE OF CITY PLACE, INC. | Merged |
| D02315984 | BURLINGTON COAT FACTORY WAREHOUSE OF COLUMBIA, INC. | Merged |
| D03211240 | BURLINGTON COAT FACTORY WAREHOUSE OF FREDERICK, INC. | Merged |
| D05114574 | BURLINGTON COAT FACTORY WAREHOUSE OF GAITHERSBURG, INC. | Merged |
| 11 | BURLINGTON COAT FACTORY WAREHOUSE OF GLEN BURNIE, INC. | Merged |
| 32 | BURLINGTON COAT FACTORY WAREHOUSE OF GREENBELT, INC. | Merged |

| Department ID | Business Name | Status |
|---|---|---|
| D05030051 | BURLINGTON COAT FACTORY WAREHOUSE OF HUNT VALLEY, INC. | Merged |
| D03396363 | BURLINGTON COAT FACTORY WAREHOUSE OF JESSUP, INC. | Forfeited |
| D06313910 | BURLINGTON COAT FACTORY WAREHOUSE OF LAUREL, INC. | Merged |
| F01536796 | BURLINGTON COAT FACTORY WAREHOUSE OF MARYLAND, INC. | Forfeited |
| D01136183 | BURLINGTON COAT FACTORY WAREHOUSE OF MARYLAND, INC. | Merged |
| D02209161 | BURLINGTON COAT FACTORY WAREHOUSE OF REISTERSTOWN, INC. | Merged |
| D05175260 | BURLINGTON COAT FACTORY WAREHOUSE OF SECURITY, INC. | Merged |
| D03794385 | BURLINGTON COAT FACTORY WAREHOUSE OF TOWSON, INC. | Merged |
| D03469251 | BURLINGTON COAT FACTORY WAREHOUSE OF WALDORF, INC. | Merged |

# Exhibit 5

Google   burlington coat factory located at 600 n frederick   ✕   🎤   📷   🔍      ⚙   ⦂⦂⦂   ◯

🔍 All   🗺 Maps   📰 News   🛍 Shopping   🖼 Images   ⋮ More                    Tools

About 391,000 results (0.92 seconds)

https://www.burlington.com › store-details › gaithersbu...   ⋮
### Burlington Store in Gaithersburg, MD - 600 N. Frederick Ave
Aug 23, 2022 — Shop our **Burlington** location in **Gaithersburg**, MD at **600 N. Frederick Ave**.
You've visited this page many times. Last visit: 9/12/22

https://www.mapquest.com › ... › Gaithersburg   ⋮
### Burlington, 600 N Frederick Ave, Gaithersburg, MD ...
Get directions, reviews and information for **Burlington** in Gaithersburg, MD. ... **600 N Frederick**
Ave GaithersburgMD20877. **(301) 527-1461**. Claim this business.

https://www.yelp.com › ... › Department Stores   ⋮
### BURLINGTON - 47 Photos & 40 Reviews - Department Stores
**Burlington** · Map · **600 N Frederick Ave**, Gaithersburg, MD 20877. Directions · **(301) 527-1461**.
Call Now · More Info. Products for **Burlington**, Hours · Known For. Yes.
Rating: 2 · 40 reviews · Price range: $$

https://foursquare.com › burlington   ⋮
### Burlington - Department Store in Gaithersburg - Foursquare
See 2 photos and 3 tips from 386 visitors to **Burlington**. ... **Burlington**. Department Store and
Clothing Store ... **Burlington**. **600 N Frederick Ave**
Rating: 6.3/10 · 27 votes

https://www.loc8nearme.com › maryland › burlington   ⋮
### Burlington Gaithersburg, MD 20877 - 600 N Frederick Ave
**Burlington** at **600 N Frederick Ave**, Gaithersburg MD 20877 - ⏱ hours, ✓address, map,
➡directions, ☎phone number, customer ratings and comments.
Rating: 2.6 · 60 votes

## People also ask   ⋮

What is the best day to shop in Burlington?

Is Burlington no longer a coat factory?

Can you buy things from Burlington online?

Does Burlington Coat Factory sell name brands?

Feedback

https://www.hoursofoperation.biz › Gaithersburg   ⋮
### Burlington Coat Factory Hours of Operation | 600 N. Frederick ...
**Burlington** Coat Factory hours of operation at 600 N. Frederick Ave, **Gaithersburg**, MD 20877.
Includes phone number, driving directions and map for this ...
⋮

https://www.localmint.com › burlington-coat-factory-fr...   ⋮
### Burlington Coat Factory in Frederick Ave, Gaithersburg, Store ...
Monday, 9:30am - 9:30pm. Tuesday, 9:30am - 9:30pm. Wednesday, 9:30am - 9:30pm. Thursday,
9:30am - 9:30pm. Friday, 9:30am - 10pm. Saturday, 9:30am - 10pm.

http://hourshq.com › Burlington Coat Factory › Maryland   ⋮

---



Sam's Club 📍            📍Burlington

See photos          See outside

# Burlington

Website   Directions   Save   Call

3.8      296 Google reviews
Clothing store in Gaithersburg, Maryland

**Service options:** In-store shopping · In-store pickup

**Address:** 600 N Frederick Ave, Gaithersburg, MD
20877

**Hours:** Open ⋅ Closes 12AM ▾
Defenders Day might affect these hours

**Phone:** (301) 527-1461

Suggest an edit

Questions & answers                    Ask a question
See all questions (6)

Popular times ⓘ

MON   TUE   WED   THU   FRI   SAT   SUN

◯ Live: A little busy

          9a    12p    3p    6p    9p

⏱ People typically spend 25 min to 1 hr here

**Send to your phone**                    Send

Reviews from the web

Foursquare              Loc8NearMe
6.3/10                  2.6/5
27 votes                60 votes

Reviews ⓘ       Write a review   Add a photo

"This is the **place** to get nice **quality clothing**
for an **affordable price**."

"Loooooooong **lines** not enough **associates**
**selection** not bad tho"

     

**Burlington**
**LOVE the DEALS**

stores    credit card    loyalty    email sign up    buy gift cards

STORE DEALS & FINDS      INSPIRATION      WHY BURLINGTON

## Burlington Gaithersburg, MD

600 N. Frederick Ave
Gaithersburg, MD 20877

(301) 527-1461

DIRECTIONS

### Store Hours

Mon-Thu: 8:00am-12:00am
Fri-Sat: 8:00am-12:00am
Sun: 8:00am-11:00pm





# NEARBY STORES

| Rockville | 9.18 miles | Sterling | 12.99 miles | Silver Spring | 14.45 miles |
|---|---|---|---|---|---|
| Open until 12am | | Open until 11pm | | Open until 9pm | |
| 12099 Rockville Pike | | 47100 Community Place DrSuite 101 | | 8661 Colesville Road | |
| STORE DETAILS    DIRECTIONS | | STORE DETAILS    DIRECTIONS | | STORE DETAILS    DIRECTIONS | |

| Vienna | 15.94 miles | Laurel | 19.41 miles | Greenbelt | 19.43 miles |
|---|---|---|---|---|---|
| Open until 10pm | | Open until 11pm | | Open until 11pm | |
| 8355 Leesburg Pike | | 14828 Baltimore Avenue | | 6200 Greenbelt Road | |
| STORE DETAILS    DIRECTIONS | | STORE DETAILS    DIRECTIONS | | STORE DETAILS    DIRECTIONS | |

^
BACK

# Exhibit 6

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

**SAFETY NATIONAL CASUALTY CORP**
ST. LOUIS, MO 63146
(888) 995-5300

**COMMERCIAL GENERAL LIABILITY**
**COVERAGE FORM DECLARATIONS**

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| GL 4055903 | 12/01/2018 | 12/01/2019 |

12:01 A.M. Standard Time at the described location

**Previous Policy Number:** GL 4055903

| Transaction |
|---|
| Renewal |

| Named Insured and Address | Agent |
|---|---|
| BURLINGTON STORES, INC.<br>1830 ROUTE 130 NORTH<br>BURLINGTON, NJ 08016 | 28071<br>ECBM, L.P.<br>1400 NORTH PROVIDENCE ROAD<br>SUITE 5025<br>ROSETREE CORPORATE CENTER BUILDING 2<br>MEDIA, PA 19063<br>Telephone: |
| **Business Description**<br>RETAIL CLOTHING, OUTERWEAR AND ACCESSORIES | **Type of Business**<br>CORPORATION |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 1,000,000 | Combined BI & PD |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 500,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | N/A – No Coverage | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $ 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $ 2,000,000 |

| DESCRIPTION OF BUSINESS |
|---|

FORM OF BUSINESS:

☐ INDIVIDUAL          ☐ PARTNERSHIP          ☐ JOINT VENTURE          ☐ TRUST

☐ LIMITED LIABILITY COMPANY     ☒ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)

BUSINESS DESCRIPTION:  RETAIL CLOTHING, OUTERWEAR AND ACCESSORIES

Exhibit 7

⚠ **Notice**                                                                        ✕

Please be aware of an ongoing **scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. *Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment information.*

**Business Name:**

    burlington

**Search by:**

◉ Business Name
◯ Department ID

63 businesses found.

| Department ID | Business Name | Status |
|---|---|---|
| T00368852 | BURLINGTON | Forfeited |
| M02416436 | BURLINGTON LIMITED PARTNERSHIP | Forfeited |
| F02057164 | BURLINGTON AIR EXPRESS INC. | Old Name |
| F02057164 | BURLINGTON AIR EXPRESS INC. | Old Name |
| F02057164 | BURLINGTON AIR EXPRESS USA INC. | Old Name |
| F02746840 | BURLINGTON AIR IMPORTS INC. | Forfeited |
| M01958669 | BURLINGTON ASSOCIATES LIMITED PARTNERSHIP | Dissolved |
| F21354931 | BURLINGTON BEER COMPANY | Incorporated |
| W12684684 | BURLINGTON CAMPUS, LLC | Dissolved |
| D22197438 | BURLINGTON CAPITAL MULTIFAMILY ACCESS FUND, INC. | Incorporated |
| D22197412 | BURLINGTON CAPITAL MULTIFAMILY INCOME TRUST, INC. | Incorporated |
| T00368854 | BURLINGTON COAT FACTORY | Forfeited |
| 06 | BURLINGTON COAT FACTORY DIRECT CORPORATION | Dissolved |
| 41 | BURLINGTON COAT FACTORY OF MARYLAND, LLC | Merged |

| Department ID | Business Name | Status |
|---|---|---|
| F18847673 | BURLINGTON COAT FACTORY WAREHOUSE CORPORATION | Incorporated |
| F11613973 | BURLINGTON COAT FACTORY WAREHOUSE CORPORATION | Dissolved |
| D05064951 | BURLINGTON COAT FACTORY WAREHOUSE OF ANNAPOLIS, INC. | Merged |
| D05849963 | BURLINGTON COAT FACTORY WAREHOUSE OF ARUNDEL, INC. | Merged |
| D02166304 | BURLINGTON COAT FACTORY WAREHOUSE OF BALTIMORE, INC. | Merged |
| D04518049 | BURLINGTON COAT FACTORY WAREHOUSE OF CITY PLACE, INC. | Merged |
| D02315984 | BURLINGTON COAT FACTORY WAREHOUSE OF COLUMBIA, INC. | Merged |
| D03211240 | BURLINGTON COAT FACTORY WAREHOUSE OF FREDERICK, INC. | Merged |
| D05114574 | BURLINGTON COAT FACTORY WAREHOUSE OF GAITHERSBURG, INC. | Merged |
| D02514511 | BURLINGTON COAT FACTORY WAREHOUSE OF GLEN BURNIE, INC. | Merged |
| D02399632 | BURLINGTON COAT FACTORY WAREHOUSE OF GREENBELT, INC. | Merged |
| D05030051 | BURLINGTON COAT FACTORY WAREHOUSE OF HUNT VALLEY, INC. | Merged |
| D03396363 | BURLINGTON COAT FACTORY WAREHOUSE OF JESSUP, INC. | Forfeited |
| D06313910 | BURLINGTON COAT FACTORY WAREHOUSE OF LAUREL, INC. | Merged |
| F01536796 | BURLINGTON COAT FACTORY WAREHOUSE OF MARYLAND, INC. | Forfeited |
| D01136183 | BURLINGTON COAT FACTORY WAREHOUSE OF MARYLAND, INC. | Merged |
| D02209161 | BURLINGTON COAT FACTORY WAREHOUSE OF REISTERSTOWN, INC. | Merged |
| D05175260 | BURLINGTON COAT FACTORY WAREHOUSE OF SECURITY, INC. | Merged |
| D03794385 | BURLINGTON COAT FACTORY WAREHOUSE OF TOWSON, INC. | Merged |
| D03469251 | BURLINGTON COAT FACTORY WAREHOUSE OF WALDORF, INC. | Merged |
| D02355667 | BURLINGTON COMMERCE PARK, INC. | Forfeited |
| F02365369 | BURLINGTON CONSTRUCTORS, INC. | Forfeited |
| L17737289 | BURLINGTON CONSULTING | Active |
| T00430695 | BURLINGTON CONSULTING | Forfeited |
| L18102715 | BURLINGTON CONSULTING | Active |
| ‑‑‑‑‑‑53 | BURLINGTON DEDUCTIBLE RECOVERY GROUP | Forfeited |
| 80 | BURLINGTON ELECTRICAL TESTING COMPANY, LLC | Active |

| Department ID | Business Name | Status |
|---|---|---|
| F02616522 | BURLINGTON ENVIRONMENTAL INC. | Forfeited |
| W16956385 | BURLINGTON FINANCIAL GROUP, LLC | Dissolved |
| D03256054 | BURLINGTON HOMES, INC. | Old Name |
| F00010033 | BURLINGTON INDUSTRIES CORPORATION | Old Name |
| F00010033 | BURLINGTON INDUSTRIES, INC. | Incorporated |
| F00876359 | BURLINGTON INDUSTRIES, INC. | Dissolved |
| F10419828 | BURLINGTON INSURANCE COMPANY | Active |
| D03933678 | BURLINGTON INTERSTATE DEVELOPMENT CORPORATION | Forfeited |
| Z17075375 | BURLINGTON LABS, LLC | Forfeited |
| Z16593295 | BURLINGTON MEDICAL LLC | Active |
| F00010033 | BURLINGTON MILLS CORPORATION | Old Name |
| F04614376 | BURLINGTON MOTOR CARRIERS INC. | Forfeited |
| W04550703 | BURLINGTON OUTLET MALL, LLC | Forfeited |
| A04850293 | BURLINGTON OUTLET MALL JOINT VENTURE, LLP | Forfeited |
| D04234423 | BURLINGTON REALTY ASSOCIATES III CORPORATION | Dissolved |
| T00368853 | BURLINGTON STORES | Forfeited |
| W10336741 | BURLINGTON-TERRI, LLC | Active |
| D01869247 | BURLINGTON TESTING COMPANY, INC. | Forfeited |
| A04850285 | BURLINGTON TRUCK STOP JOINT VENTURE, LLP | Forfeited |
| F03760923 | BURLINGTON UNITED METHODIST FAMILY SERVICES, INC. | Revived |
| A16435299 | BURLINGTON & YOUNG, LLP | Dissolved |
| D01662436 | BURLINGTON 48, INC. | Forfeited |

# Exhibit 8

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

Civil Division

REINA SAMAYOA DEMENDOZA

*2022 MAY 17 PM 1: 08

    *Plaintiff,*

\*PR GEO CO MD #55

    vs.

       **Civil No.: CAL22-01751**

**BURLINGTON COAT FACTORY
OF MARYLAND, LLC
D.B.A. BURLINGTON STORES**

    *Defendant.*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### AFFIDAVIT OF SERVICE

I, Susy Andino , am over the age of 18, reside at 12020 Georgia Avenue, Suite A, Wheaton, Maryland, whose telephone number is (240) 608--6800, hereby declare to this Honorable Court as follows:

1.    Pursuant to Plaintiff's counsel's request, on April 25, 2022 at 2:54 p.m., I served the Defendant, Burlington Coat Factory of Maryland, LLC D.B.A. Burlington Stores, at their business located at:

    Litigation Management for Burlington Coat Factory of Maryland, LLC

    7 St. Paul Street, suite 820

    Baltimore, MD 21202

with a copy of the Summons, Complaint, Entry of Appearance, Civil Non-Domestic Information Report, First Set of Interrogatories, and supporting documents. Litigation Management identified herself verbally as Defendant's, Burlington Coat Factory of Maryland, LLC, employee. She was approximately 5 feet 2 inches tall, about 200 lbs., over the age of 18, Caucasian, Female, short brown straight hair, wore pink glasses, grey shirt, and blue jeans.

OF THE FORGOING AFFIDAVIT ARE TRUE TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION AND BELIEF.

Susy Andino                    5/10/22
                               Date