| | | |
|---|---|---|
| REINA SAMAYOA DEMENDOZA | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| vs. | * | FOR |
| BURLINGTON COAT FACTORY WAREHOUSE CORPORATION | * | PRINCE GEORGE'S COUNTY |
| | * | Case No.: CAL22-01751 |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO 2ND AMENDED COMPLAINT

Defendant, Burlington Coat Factory Warehouse Corporation ("Defendant"), by and through its undersigned attorneys, Andrew T. Stephenson, Colin A. Grigg, and Franklin & Prokopik, P.C., and pursuant to Rule 2-323, submit its Answer to the 2nd Amended Complaint filed by Plaintiff, Reina Samayoa Demendoza, and states as follows:

## GENERAL DENIAL OF LIABILITY

1. Pursuant to Rule 2-323(d), Defendant generally denies liability as to each and every count contained in the 2nd Amended Complaint.

2. Defendant did not commit the wrongs as alleged.

3. Defendant was not indebted as alleged.

4. Plaintiff's claims were not proximately caused by the Defendant.

5. Plaintiff did not sustain the injuries as alleged.

6. Plaintiff's 2nd Amended Complaint fails to state a claim upon which relief can be granted.

7. Defendant specifically denies that it breached any duty or obligation to Plaintiff.

## AFFIRMATIVE DEFENSES

8. Plaintiff's claims are barred by contributory negligence.

9. Plaintiff's claims are barred by assumption of the risk.

10. Plaintiff failed to mitigate her alleged damages, if any.

11. Plaintiff's injuries, losses, and/or damages, if any, were or may have been the result of acts or omissions of other third parties over whom this Defendant had no control or right of control.

12. Plaintiff did not sustain damages as alleged.

13. Defendant reserves the right to raise any additional affirmative or negative defenses. Defendant reserves the right to amend or supplement this Answer and its affirmative defenses, and/or to assert additional defenses up and through the trial of this matter.

WHEREFORE, having fully answered the Plaintiff's 2nd Amended Complaint, Defendant respectfully request that the same be dismissed with prejudice, that judgment be rendered in favor of Defendant, that Defendant be released from this action and that appropriate costs and attorney's fees be awarded to Defendant, and that this Court award such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/
Andrew T. Stephenson, Esq. (0006210412)
Colin A. Grigg. (1412160348)
FRANKLIN & PROKOPIK, P.C.
The B & O Building
Two North Charles Street, Suite 600
Baltimore, MD 21201
(410) 230-1016 (Telephone)
(410) 752 – 6868 (Facsimile)
Email: astephenson@fandpnet.com
Email: cgrigg@fandpnet.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of October 2022 a copy of the foregoing Answer to the 2nd Amended Complaint was served MDEC and electronic mail upon:

Fidel A. Castro, Esq.
Castro & Associates, LLC
12020 Georgia Avenue, Suite A
Wheaton, MD 20902
castroesquire@gmail.com
*Attorney for Plaintiff*

                                                                  /s/
                                                    Colin A. Grigg, Esq.  (1412160348)