**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
Civil Division

| | |
|---|---|
| **REINA SAMAYOA DEMENDOZA** <br> 7122 Roxanne Road <br> Alexandria, VA 22315 <br><br> *Plaintiff,* <br><br> vs. <br><br> **BURLINGTON COAT FACTORY** <br> **WAREHOUSE CORPORATION** <br> **1830 Route 130 North** <br> **Burlington, NJ 08016** <br> **Serve on Resident Agent:** <br> **The Corporation Trust Incorporated** <br> **2405 York Road, Suite 201** <br> **Lutherville, MD 21093-2264** <br><br> *Defendant.* | Civil No.: CAL22-01751 |

## SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Comes now the Plaintiff, Reina Samayoa Demendoza, by and through her attorney, Fidel A. Castro, Esquire, and hereby bring her cause of action against Defendant, **Burlington Coat Factory Warehouse Corporation**, and in support thereof states as follows:

### Jurisdiction

1. Jurisdiction of this Court is based on Title VI, Courts and Judicial Proceedings Article, Sections 103 and 202 of the Annotated Code of Maryland.

### Parties

2. Plaintiff, Reina Samayoa Demendoza, is an adult and, at all relevant times hereto, a resident of Fairfax County, Virginia.

3. Defendant, **Burlington Coat Factory Warehouse Corporation**, conducts business in the state of Maryland with its place of business located at **1830**

**Route 130 North, Burlington, New Jersey 08016.**

**Factual Background Pertaining to Negligence**

4. On or about November 15, 2019, Plaintiff, an invitee, entered Defendant's premises located at 600 North Frederick Avenue, Gaithersburg, Maryland for the purpose of purchasing goods from Defendant.

5. While walking in an aisle of Defendant's premises, Plaintiff slipped on a piece of clear plastic that was lying on the floor and sustained serious injuries.

6. The aforementioned premise was controlled or owned by Defendant.

7. Defendant, **Burlington Coat Factory Warehouse Corporation**, owed a duty to Plaintiff to use reasonable and ordinary care to maintain the premises safely for Plaintiff and to protect Plaintiff against injuries caused by an unreasonable risk, which Plaintiff, by exercising ordinary care, could not discover.

8. Defendant, breached that duty by, *inter alia,* (a) failing to advise Plaintiff of the condition of the plastic on the floor; (b) failing to maintain the floor free of debris, etc.

9. Plaintiff could not, by exercising a degree of ordinary care, discover the defect on Defendant's premises.

10. As a proximate result of the negligent acts of Defendant, and through no contributory negligence on the part of any Plaintiff, Plaintiff suffered and will continue to suffer serious physical injuries to his body and limbs as well as great pain and suffering.

11. As a direct result of the aforesaid injuries, Plaintiff has incurred, and shall in the future continue to incur a loss of income, and hospital, medical, and nursing care

expenses. Plaintiff also has suffered, and shall continue to suffer great pain, suffering, mental anguish, and disability, and was otherwise damaged.

WHEREFORE, Plaintiff, Reina Samayoa Demendoza, demands judgment of and from Defendant, **Burlington Coat Factory Warehouse Corporation**, in excess of - SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) in compensatory damages, with interests and costs.

### DEMAND FOR JURY TRIAL

Plaintiff hereby respectfully demands a jury trial in this matter.

Respectfully submitted,

_____
Fidel A. Castro, Esquire
CPT Number: 1112130162
Castro & Associates, LLC
12020 Georgia Avenue, Suite A
Wheaton, Maryland 20902
(240) 608-6800 / (301) 250-7608 fax
castroesquire@gmail.com
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___28th___ day of September 2022, a copy of the forgoing Second Amended Complaint was served via First-Class U.S. Mail, postage prepaid on the Defendant's Counsel:

Colin A. Grigg, Esquire
The B&O Building
2 N. Charles Suite 600
Baltimore, MD 21201
Counsel for Defendant,
Burlington Coat Factory Warehouse Corporation

_____
Fidel A. Castro

3