

**The B&O Building**
**2 N. Charles Street, Suite 600**
**Baltimore, MD 21201**
**410.752.8700**
**410.752.6868 Fax**
**www.fandpnet.com**

**Colin A. Grigg**
**Direct 410-230-1016**
**cgrigg@fandpnet.com**
**Admitted in MARYLAND**

August 22, 2023

The Honorable A. David Copperthite
Unites States District Court-District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   ***Reina Samayoa Demendoza v. Burlington Coat Factory Warehouse Corp.***
           United States District Court for the District of Maryland
           Case No.: 8:22-cv-02726-ADC

Dear Judge Copperthite:

    We write pursuant to your Standing Order Concerning Discovery prescribing your informal discovery dispute procedure.

    Plaintiff has served upon Defendant a subpoena and notice to take the deposition of Defendant's corporate designee. Attached to the deposition notice is a list of fifty (50) topics on which the corporate designee is expected to testify plus fifteen (15) requests for production of documents. Defendant objects to many of the topics and requests for production. Plaintiff has refused to narrow the list of deposition topics and requests for production despite Defendant's objections. The corporate designee's deposition is scheduled for September 1, 2023.

    Prior to submitting this Letter, counsel have conferred regarding these issues and have tried to resolve these issues without Court intervention, pursuant to Local Rule 104.7.

    The Parties respectfully request the Court's assistance in resolving this discovery dispute.

    Respectfully submitted,

/s/ Andrew T. Stephenson      /s/Fidel A. Castro
/s/ Colin A. Grigg      *Counsel for Plaintiff*
C*ounsel for Defendant*

| Easton, MD | Hagerstown, MD | Herndon, VA | Newark, DE | Richmond, VA |
|---|---|---|---|---|
| 410.820.0600 | 301.745.3900 | 703.793.1800 | 302.594.9780 | 804.932.1996 |