Exhibit A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

REINA SAMAYOA DEMENDOZA      *

    *Plaintiff*,      *

v.      *     Civil Action No: 8:22-cv-02726-GJH

BURLINGTON COAT FACTORY      *
WAREHOUSE CORPORATION      *

    *Defendant.*      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S AMENDED RULE 26(a)(1) DISCLOSURES

**TO:**     Burlington Coat Factory Warehouse Company, Defendant
           c/o Andrew T. Stephenson, Esquire, Colin A. Griggs, Esquire

**FROM:**    Reina Samayoa DeMendoza, Plaintiff
            c/o Fidel A. Castro, Esquire

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff, Reina Samayoa Demendoza, hereby makes the following required disclosures:

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defense unless the use would be solely for impeachment.**

| Witness | Subject of Information |
| --- | --- |
| Isabella Melgar<br>(240) 426-3848 | As Plaintiff's friend and former roommate, has information as to noneconomic damages suffered by the Plaintiff, **and the condition of the aisles on Burlington's premises.** |
| Maria Antonia Samayoa<br>18956 Quail Valley Blvd.<br>Gaithersburg, MD 20879<br>(240) 817-9614 | As Plaintiff's sister, has information as to noneconomic damages suffered by the Plaintiff, **and the condition of the aisles on Burlington's premises.** |
| Edwin Reye<br>7122 Roxanne Road<br>Alexandria, VA 22315<br>(240) 579-2879 | As Plaintiff's sister, has information as to noneconomic damages suffered by the Plaintiff. |

2. **A copy—or a description by category and location —of all documents, electronically stored information, and tangible things that the disclosing**

party has in its possession, custody, or control and may use to support its claims or defenses unless the use would be solely for impeachment;

Plaintiff has provided copies of the following records:
1. Shady Grove Hospital
2. Radiology
3. Emergency Room Physician
4. EMS for Alexandra, VA
5. INOVA Hosiptal
6. Emergency Room Physician
7. Phillips and Green
8. Rosenthal and Siekanowicz & Gowda

3. **A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff is only claiming noneconomic damages. Plaintiff is planning on making a per diem argument requesting amounts ranging from $15 to $1,000 per day for past and future noneconomic damages.

4. **For inspection and copying as under Rule 37, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

Respectfully submitted,

_____
Fidel A. Castro, Esquire
Bar Number: 07458
Castro & Associates
12020 Georgia Avenue, Suite A
Wheaton, MD 20902
(240) 608-6800 / (301) 250-7608 fax
castroesquire@gmail.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8 day of June 2023, a copy of the forging Plaintiff's Amended Rule 26 Disclosures was served via CM/ECF and email on:

Andrew T. Stephenson, Esquire
Colin A. Grigg, Esquire
2 North Charles Street, suite 600
Baltimore, MD 21201
cgrigg@fandpnet.com
Counsel for Defendant

Fidel A. Castro
Bar Number: 07458