IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Civil Division

**REINA SAMAYOA DEMENDOZA**

*Plaintiff*,

v.      **Civil Action No: 8:22-CV-02726-GJH**

**BURLINGTON COAT FACTORY WAREHOUSE CORPORATION**

*Defendant*.

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, Reina Samayoa Demendoza, by and through her attorney, Fidel A. Castro, Esq., and, pursuant to Federal Rule of Civil Procedure Rule 56, opposes Defendant's Motion for Summary Judgment, and in support thereof states the following:

1. Plaintiff has suffered a foot fracture and partial permanent impairment to the fractured foot as a result of a slip and fall that occurred on the Defendant's premises on November 15, 2019, and has brought suit against the Defendant to recover compensatory damages.

2. Plaintiff has provided evidence to support all element of the Defendant's negligence, including notice.

3. Therefore, a genuine issue as to a material fact exists and Defendant is not entitled to judgment as a matter of law as set forth in the Memorandum in Opposition to Defendant's Motion for Summary Judgment, which is attached hereto.

WHEREFORE, Plaintiff, Reina Samayoa Demendoza, respectfully requests that Defendant's Motion for Summary Judgment be denied.

Respectfully submitted,

_____
Fidel A. Castro, Esquire
Bar Number: 07458
Castro & Associates
12020 Georgia Avenue, Suite A
Wheaton, Maryland 20902
Castroesquire@gmail.com
(240)608-6800 / (301) 250-7608 fax
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of December 2023, a copy of the foregoing Opposition to Defendant's Motion for Summary Judgment was electronically filed and emailed to:

Andrew T. Stephenson, Esquire
Colin A. Griggs, Esquire
Franklin & Prokopik
2 North Charles Street, Suite 600
Baltimore, MD 21201

_____
Fidel A. Castro