# Exhibit A



**FRANKLIN & PROKOPIK**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

The B&O Building
2 N. Charles Street, Suite 600
Baltimore, MD 21201
410.752.8700
410.752.6868 Fax
www.fandpnet.com

Colin A. Grigg
Direct 410-230-1016
cgrigg@fandpnet.com
Admitted in MARYLAND

December 7, 2022

<u>*Via Email Only*</u>
Fidel A. Castro, Esq.
Castro & Associates, LLC
12020 Georgia Avenue, Suite A
Wheaton, MD 20902
castroesquire@gmail.com

   Re: ***Reina Samayoa Demendoza v. Burlington Coat Factory Warehouse Corp.***
      United States District Court for the District of Maryland
      Case No.: 8:22-cv-02726-ADC

Dear Mr. Castro:

  I am in receipt of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Supporting Memorandum (the "Opposition"), which contains a critical discrepancy that requires your immediate attention. In the Opposition, Plaintiff claims that she took the photograph identified in the Opposition as "Image 1" depicted below:


Image 1

  I assume this claim was an inadvertent error on your part, as it is patently false. The photograph identified as Image 1 was not taken by the Plaintiff; it was taken by Jang Bulter, who was Burlington's loss prevention officer at the time of the occurrence which is the subject of these

proceedings. Indeed, Burlington provided you with this photograph in its discovery document production in response to Plaintiff's request for production of documents. Please see bates stamped page # 0482 of Burlington's document production. Additionally, I have looked through Plaintiff's document production, which contains a total of eight (8) photographs, none of which are the photograph identified as Image 1 in the Opposition. The photograph identified as Image 1 was never produced by Plaintiff in discovery.

In light of the above, I ask that you file an amendment to Plaintiff's Opposition correcting this significant factual error regarding the source of Image 1 within fourteen (14) days.

This letter notwithstanding, if you still maintain (albeit falsely) that Plaintiff took the photograph identified as Image 1, please provide the photograph in its original format, the source of the photograph, and the date and manner in which it was provided to you by your client. Please also identify the hardware that was used to take that photograph.

Thank you for your attention to this matter. If you would like to further discuss any of the items in this letter, please do not hesitate to contact me. Also, if you believe I have misrepresented anything in this letter, please let me know. I look forward to your amendment.

          Very truly yours,

          *Colin A. Grigg*
          Colin A. Grigg

/cag