# Exhibit B

 Gmail

Fidel A. Castro <castroesquire@gmail.com>

## RE: Store #303; Demendoza, Reina v. Burlington Coat Factory Warehouse Corp.; Claim No.: FYA7410; DOL: 11/15/2019

**Fidel A. Castro** <castroesquire@gmail.com>     Thu, Dec 14, 2023 at 5:07 PM
To: "Colin A. Grigg" <cgrigg@fandpnet.com>
Cc: "Christine N. Mueller" <cmueller@fandpnet.com>, "Andrew T. Stephenson" <astephenson@fandpnet.com>

Good afternoon Colin,

Mr. Demendoza believes she took the photo; that's also what she said in her deposition. Also, in its deposition, Burlington said that its employees only took one photo of the incident, which was the photo of the clear piece of plastic on the paper. She does not have the original format anymore. She thinks that she initially provided the photo to store employees on the day of the incident. If you have the photo in its original format, provide us with a copy.
[Quoted text hidden]