# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

REINA SAMAYOA DEMENDOZA   *

    Plaintiff   *

v.   *   Civil Action No.: 8-22-CV-02726-ADC

BURLINGTON COAT FACTORY   *
WAREHOUSE CORPORATION
       *

    Defendant
*   *   *   *   *   *   *   *   *   *   *   *

## AFFIDAVIT OF JANG BUTLER

1. My name is Jang Butler. I am over the age of 18 and otherwise qualified to testify to the matters set forth herein over which I have personal knowledge.

2. On November 15, 2019, I was employed as a loss prevention officer at the Burlington Coat Factory Warehouse Corporation ("Burlington") Store #303 located at 600 North Frederick Ave. in Gaithersburg, Maryland.

3. On that date at approximately 6:49 p.m., Plaintiff, Reina Samayoa Demendoza ("Plaintiff") reported to the store front cashier that she had slipped and fallen on the floor while she was shopping in the Burlington store. I was present when Plaintiff gave her initial statement. Plaintiff reported that she had slipped on a piece of plastic as she was walking in the aisle near the women's shoe department.

4. At approx. 7:11p.m., I walked to the aisle where Plaintiff reported she had fallen to investigate Plaintiff's claims. I observed two (2) small pieces of plastic on the floor. Aside from those pieces of plastic, I did not observe any other debris on the floor in the aisle where Plaintiff reported she had fallen. I took a photograph of the plastic on the floor and then removed the plastic from the floor. A copy of that photograph is attached hereto as **Exhibit A.**

**EXHIBIT A**

5. After I took the photograph, I walked back to the front registers where the Plaintiff was located and showed the pieces of plastic to the Plaintiff, who claimed they were the pieces of plastic on which she had slipped while she was shopping earlier that evening.

6. Plaintiff's statement was transcribed on paper. For recordkeeping, I took another photograph of the pieces of plastic on top of Plaintiff's transcribed statement. A copy of that photograph is attached hereto as **Exhibit B**.

7. After the occurrence, I had the opportunity to review the Burlington store surveillance video from the time of the Plaintiff's fall. The video indisputably proves that Plaintiff did not slip on the pieces of plastic that I had retrieved from the aisle on the date of the occurrence. Rather, the video shows Plaintiff fell in a location in the aisle approximately 15-20 feet away from the area where I had located the pieces of plastic. I did not observe any debris on the floor in the immediate area where Plaintiff fell.

I solemnly affirm under the penalties of perjury and based on my personal knowledge that the contents of this document are true.

_____   12/12/23
Jang Butler                        Date